FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

OCT 1 4 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| | |
|---|---|
| DIAN COX, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | A-03-CA-829-SS |
| ADVOCACY, INC., § | |
|     Defendant. § | |
| § | |
| § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

COMES NOW Defendant ADVOCACY, INC. and Plaintiff Dian Cox and move this Honorable Court to dismiss the above-styled and numbered cause with prejudice and in support thereof, would show:

Plaintiff and Defendant have agreed to a dismissal with prejudice of the above-styled and numbered cause in its entirety with each party to bear its own costs and fees, and, therefore, stipulate and agree to have said cause dismissed with prejudice.

Dated: __October 13__, 2004.

                                      Respectfully submitted,

                                      MCKINNEY & WEBSTER, P.C.

                                      _____
                                      Christopher J. McKinney
                                      State Bar No. 00795516
                                      2935 Thousand Oaks, Suite 6-193
                                      San Antonio, Texas 78247
                                      Telephone:   (210) 200-8559
                                      Facsimile:    (210) 568-4101

                                      ATTORNEY FOR PLAINTIFF
                                      DIAN COX



BRACEWELL & PATTERSON, L.L.P.

*[signature]*

Julia M. Rendon
State Bar No. 24014661
J. Tullos Wells
State Bar No. 21146500
800 One Alamo Center
106 South St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 226-1166
Facsimile: (210) 226-1133

ATTORNEYS FOR DEFENDANT
ADVOCACY, INC.